

# The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor | New York, NY 10175 | Phone: (212) 729-9494

December 11, 2023

MEMO ENDORSED

**Via ECF**
Hon. Kenneth M. Karas
U.S. District Court Judge
300 Quarropas Street
White Plains, NY

**Re:**  **United States v. Davon Waddell**
22 cr 640 (KMK)

Dear Judge Karas:

I represent Davon Waddell on the above captioned matter. I write to join the application of Lisa Scolari, Esq. [ECF. No. 116] requesting permission to procure a laptop computer and any external hard drives with CJA funds for the purposes of providing Mr. Waddell with access to discovery.

Since his arrest on November 5, 2023, Mr. Waddell has been incarcerated at MDC – Brooklyn and has not had a meaningful opportunity to review the discovery on his case.

On behalf of Mr. Waddell, I have no objection to the modification of Paragraph 5 of the proposed order requiring production of discovery within a reasonable time, rather than within 30 days [ECF No. 115].

Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Davon Waddell

Granted, pursuant to the modified conditions of the proposed discovery order (Doc. # 115).

So Ordered.

/s/ K. Karas
12/12/23