```
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA              :

             V.                       :     ORDER

KASHAD SAMPSON, et al                 :     22 Cr. 640 (KMK)

             Defendants,              :

------------------------------------------x
```

It is hereby **ORDERED** that all counsel appointed pursuant to the Criminal Justice Act may submit interim vouchers in accordance with the CJA Plan for the Southern District of New York.

January 2, 2024
White Plains, NY

So Ordered

_____
Kenneth M. Karas
United States District Judge