UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>-v-<br><br>KASHAD SAMPSON, et al.,<br><br>                    Defendants. | No. 22-CR-640 (KMK)<br><br>MOTION SCHEDULING ORDER |

KENNETH M. KARAS, District Judge:

    At the Conference on October 2, 2024, the Court adopted the following scheduling order:

    Defendants shall file any pre-trial motions by no later than January 31, 2025. The Government shall file opposition papers by no later than February 28, 2025. Defendants shall file reply papers by no later than March 31, 2025. Sur-reply papers will not be accepted unless prior permission of the Court is given.

    Counsel are reminded that there is a strict page limit, which will be extended only in extreme circumstances.

    Time is excluded from the Speedy Trial Act until January 31, 2025 in the interests of justice as explained on the record of October 2, 2024. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED:    October 2, 2024
                White Plains, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE