UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                                      22 CR 640 (KMK)

    -against-

Kashad Sampson, et al.,                    CALENDAR NOTICE

        Defendant(s).

-------------------------------------------------------X

Judge Kenneth M. Karas has directed that counsel for all parties herein shall appear on Wednesday, March 12, 2025 at 10:00 a.m. for a status conference in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Dated: March 3, 2025
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J