

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

March 11, 2025

**Via ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

**Re:**   **United States v. Davon Waddell**
S3 22 cr 640

Dear Judge Karas:

We represent Davon Waddell on above referenced criminal matter. We are writing to request that we be excused from the March 12, 2025 conference as we are engaged in a jury trial on *United States v. Polad Omarov*, 22 cr 438(CM). Mark DeMarco has graciously agreed to cover the appearance. Mr. Waddell has agreed to another attorney standing in for us.

We are also writing to inform Your Honor that that Mr. Waddell respectfully asks the Court to appoint new counsel due to an irreparable breakdown in the attorney-client relationship to him pursuant to the Criminal Justice Act. We join Mr. Waddell's request.

Thank you for your time and consideration of these requests.

Respectfully submitted,

s/Elena Fast                                    s/ Michael Perkins
Elena Fast, Esq.                                Michael Perkins

*The request to not appear at tomorrow's conference is granted.*

*So Ordered,*
*3/11/25*

cc:   All attorneys of record (via ECF)
      Davon Waddell (via USPS)