UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

United States of America,

        -against-                                ORDER

                                                        Docket No. 22 CR 00640 (KMK)

Davon Waddell,

                Defendant.

--------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

      James Neuman, Esq. is to assume representation of the defendant in the above captioned matter as of March 24, 2025. Mr. Neuman is appointed pursuant to the Criminal Justice Act. His address is James E. Neuman, P.C., 100 Lafayette Street, Suite 501, New York, NY 10013, phone number 212-966-5612, Email: james@jamesneuman.com

Ms. Elena Fast and Michael Perkins are relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
         March 25, 2025