# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

October 1, 2025

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Davon Waddell*, 22 Cr. 640 (KMK)

Your Honor:

Today, my client Davon Waddell provided the attached letter he wrote to this Court. Please accept this letter for consideration at sentencing.

Respectfully submitted,

/s/
James E. Neuman